IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LINDA TRIETSCH, :

    Plaintiff, :

vs. : Case No. 3:09cv00413

     : District Judge Walter Herbert Rice
MICHAEL J. ASTRUE, : Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

    The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #21), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. In addition, the Commissioner has filed a Notice stating that as of December 3, 2012, Plaintiff owes no debt to the Government.

    Accordingly, it is hereby **ORDERED** that:

    1.    The Report and Recommendations filed on November 15, 2012 (Doc. #21) is ADOPTED in full;

    2.    Plaintiff's Motion for an Award of Attorney Fees Under the Equal Justice Act,

        28 U.S.C. §2412(d) (Doc. #17) is GRANTED;

3.     The Commissioner shall pay Plaintiff's attorney fees and costs directly to Plaintiff's counsel in the total amount of $3,994.58; and

4.     The case remains terminated on the docket of this Court.

 

_____
Walter Herbert Rice
United States District Judge